IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 MAR -3 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| FRANCES J. KNOP, et al. | ) | |
| PLAINTIFFS, | ) | |
| VS. | ) | CV91-L-1075-NE |
| CHARTER MEDICAL CORPORATION, et al., | ) ) | |
| DEFENDANTS. | | |
| SOUTH CAROLINA NATIONAL BANK, et al., | ) | |
| PLAINTIFFS, | ) ) | |
| VS. | ) | CV92-H-1544-NE |
| ALEXIS HERMAN, Secretary, United States Department of Labor, | ) ) ) | |
| DEFENDANT. | ) | |

ENTERED
MAR - 3 1999

### ORDER

These two cases have heretofore been consolidated with 92-L-2858-NE. The above two cases have been fully adjudicated by earlier orders therein and the May 15, 1998 opinion of the Eleventh Circuit Court of Appeals, filed as a mandate in this court on August 21, 1998. CV92-L-2858-NE is **SEVERED** from the above two actions and the clerk is **DIRECTED** to close the court file on the above two actions. CV92-L-2858-NE, renumbered as 92-H-2858-NE, remains pending.

DONE this ___3___ day of March, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE

10